519 Pa. 439 (1988)
548 A.2d 1223
Frank McGUIRE, Appellant,
v.
SCHNEIDER, INC.
Supreme Court of Pennsylvania.
Argued September 27, 1988.
Decided October 20, 1988.
Geoffrey P. Wozman, Martin E. Goldhaber, Mary C. Fairley, Pittsburgh, for appellant.
*440 Samuel Y. Stroh, Pittsburgh, Raymond H. Bogaty, Grove City, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

ORDER
PER CURIAM:
Order affirmed.